# Affidavit of Christopher Owens

# EXHIBIT A
## Katelyn Campbell interview
(flash drive mailed to Judge Rogers and
Plaintiff's counsel)