## Affidavit of Christopher Owens

## EXHIBIT B
Three (3) traffic stop videos
(flash drive mailed to Judge Rogers and
Plaintiff's counsel)