

## Customer Vehicles

**Customer Number:** 32406925
**Customer Name:** BARNETT, DANIEL WAYNE
**Owner Address:** 915 RICE PLANTERS LN FLORENCE SC 295018588





| VIN | Year | Make | Model | Body | Plate | Class | Type | Status | Decal Exp. | Plate Exp. |
|-----|------|------|-------|------|-------|-------|------|--------|-----------|-----------|
| 1GNSCBKC4HR376038 | 2017 | CHEV | TAHOE | SU | PCZ334 | RP2 | 1 | ACT | 05/31/2021 | 05/31/2022 |

**Title Number:** 770310340228207A    **Status:** CURRENT TITLE (ELT)
**Purchase Date:** 11/20/2017    **Issue Date:** 12/18/2017      **Dup:** N      **Print Status:**
**Odometer:** 3771    **Legend:** ACTUAL MILEAGE      **Salvage %:** 0

**Owner Number:** 23416922
**Owner Name:** BARNETT, ASHLEY GIBSON
**Owner Relationship:** OR
**Owner Address:** 915 RICE PLANTERS LN FLORENCE SC, 295018588

**Owner Number:** 32406925
**Owner Name:** BARNETT, DANIEL WAYNE

---

2/10/2021 3:09:54 PM      Document obtained from DMV web site:
www.scdmvonline.com      Page 2 of 3