## ARREST WARRANT

**2021A2110500055**

STATE OF SOUTH CAROLINA

[X] County/    [ ] Municipality of

Florence

| | | |
|---|---|---|
| THE STATE | | 2021-02-0221 |
| against | | |

Daniel Wayne Barnett

Address: 915 Rice Planters Ln

Florence, SC 29501-8588

Phone: _____ SSN ▇▇▇▇ 7879

Sex: **M**  Race: **W**  Height: **6** I Weight: **195**

DL State: **SC**  DL #: **102434812**

DOB: ▇▇/1982  Agency ORI #: **SC0210000**

Prosecuting Agency: Florence County Sheriff

Prosecuting Officer: Christopher A Owens - S00292

Offense: Impersonating / Impersonating law enforcement officer

Offense Code: **0088**

Code/Ordinance Sec: **16-17-0720**

This warrant is CERTIFIED FOR SERVICE in the

[ ] County/  [ ] Municipality of _____. The accused is to be arrested and brought before me to be dealt with according to the law.

(L.S.)

Date _____

RETURN

A copy of this arrest warrant was delivered to defendant on

_Barnett, Daniel_

2/11/2021

Signature of Constable/Law Enforcement Officer

RETURN WARRANT TO:

General Sessions Court

181 North Irby Street, Suite 1100

Florence, SC 29501

**ORIGINAL**    **ORIGINAL**

---

STATE OF SOUTH CAROLINA

[X] County/    [ ] Municipality of

Florence

**AFFIDAVIT**    **ORIGINAL**

Form Approved by
S C Attorney General
April 21, 2003
SCCA 518

Personally appeared before me the affiant **Christopher A Owens** who being duly sworn deposes and says that defendant **Daniel Wayne Barnett** did within this county and state on or about **11/25/2021** violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of **Florence** in the following particulars.

DESCRIPTION OF OFFENSE: Impersonating / Impersonating law enforcement officer

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts

On or about 11-25-20, the defendant Daniel Wayne Barnett did falsely represent himself as a law enforcement officer and illegally detain the driver of a gray in color car by activating blue lights which were attached to his personal vehicle. The defendant wore a law enforcement badge and visible handgun when he conducted the traffic stop. The defendant is not employed by any law enforcement agency. This incident occurred in the 900 block of Rice Planters Ln, Florence, SC, which is located in Florence County and is recorded on video. FSCO Case #: 2021-02-0221

Signature of Affiant _____

STATE OF SOUTH CAROLINA

[X] County/    [ ] Municipality of

Florence

Affiant's Address  6719 Friendfield Road

Effingham, SC 29541-5241

Affiant's Telephone  (843)665-2121

**ARREST WARRANT**

TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:

It appearing from the above affidavit that there are reasonable grounds to believe that on or about **11/25/2021** defendant **Daniel Wayne Barnett** did violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of **Florence**) as set forth below:

DESCRIPTION OF OFFENSE: Impersonating / Impersonating law enforcement officer

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable

Sworn to and subscribed before me on 2/11/2021

Signature of Issuing Judge _____  (L.S.)

David Sharpe Kelley

Judge Code: 7374

Judge's Address  Post Office Box 362

Olanta, SC 29114-

Judge's Telephone  (843)396-9056

Issuing Court  [X] Magistrate  [ ] Municipal  [ ] Circuit

**ORIGINAL**    **ORIGINAL**    **ORIGINAL**    **ORIGINAL**    **ORIGINAL**    **ORIGINAL**

WWPEM000048

## ARREST WARRANT

### 2021A2110500056

#### STATE OF SOUTH CAROLINA

[X] County/   [ ] Municipality of

Florence

| | |
|---|---|
| THE STATE | 2021-02-0221 |
| against | |

Daniel Wayne Barnett

Address: 915 Rice Planters Ln

Florence, SC 29501-8588

Phone: _____ SSN: ███-7879

Sex: M   Race: W   Height: 6 1   Weight: 195

DL State: SC   DL #: 102434812

DOB: █/1982   Agency ORI #: SC0210000

Prosecuting Agency: Florence County Sheriff

Prosecuting Officer: Christopher A Owens - S00292

Offense: Impersonating / Impersonating law enforcement officer

Offense Code: 0088

Code/Ordinance Sec. 16-17-0720

This warrant is CERTIFIED FOR SERVICE in the
[ ] County/   [ ] Municipality of _____

The accused is to be arrested and brought before me to be dealt with according to the law.

_____ (L.S.)
Signature of Judge

Date: _____

**RETURN**

A copy of this arrest warrant was delivered to defendant *Barnett, Daniel*
on 2/11/2021

_____
Signature of Constable/Law Enforcement Officer

**RETURN WARRANT TO:**

General Sessions Court
181 North Irby Street, Suite 1100
Florence, SC 29501

ORIGINAL       ORIGINAL

---

#### STATE OF SOUTH CAROLINA

[X] County/   [ ] Municipality of

Florence

## AFFIDAVIT

**ORIGINAL**

Form Approved by S C Attorney General April 21, 2003 SCCA 518

Personally appeared before me the affiant   Christopher A Owens   who being duly sworn deposes and says that defendant   Daniel Wayne Barnett   did within this county and state on or about 11/13/2021 violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of   Florence ) in the following particulars:

DESCRIPTION OF OFFENSE:   Impersonating / Impersonating law enforcement officer

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts:

On or about 11-13-20, the defendant Daniel Wayne Barnett did falsely represent himself as a law enforcement officer and illegally detain the driver of a red in color car by activating blue lights which were attached to his personal vehicle. The defendant wore a law enforcement badge and visible handgun when he conducted the traffic stop. The defendant is not employed by any law enforcement agency. This incident occurred on Interstate 95 near Hwy 76 W which is located in Florence County and is recorded on video. FSCO Case # 2021-02-0221

_____
Signature of Affiant

#### STATE OF SOUTH CAROLINA

[X] County/   [ ] Municipality of

Florence

Affiant's Address: 6719 Friendfield Road
Effingham, SC 29541-5241

Affiant's Telephone: (843)665-2121

## ARREST WARRANT

**TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:**

It appearing from the above affidavit that there are reasonable grounds to believe that on or about 11/13/2021 defendant Daniel Wayne Barnett did violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of Florence ) as set forth below:

DESCRIPTION OF OFFENSE:   Impersonating / Impersonating law enforcement officer

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable.

Sworn to and subscribed before me
on 2/11/2021

_____ (L.S.)
Signature of Issuing Judge
David Sharpe Kelley
Judge Code: 7374

Judge's Address: Post Office Box 362
Olanta, SC 29114-

Judge's Telephone: (843)396-9056

Issuing Court: [X] Magistrate   [ ] Municipal   [ ] Circuit

ORIGINAL       ORIGINAL       ORIGINAL

WWPEM000049

**ARREST WARRANT**

## 2021A2110500057

**STATE OF SOUTH CAROLINA**

[X] County/    [ ] Municipality of

Florence

|  | THE STATE | 2021-02-0221 |
|---|---|---|
|  | against |  |

Daniel Wayne Barnett

Address:    915 Rice Planters Ln

Florence, SC 29501-8588

| Phone: |  |  | SSN: ▊7879 |  |
|---|---|---|---|---|
| Sex: M | Race: W | Height: 6 |  | Weight: 195 |
| DL State: SC | DL #: 102434812 |  |  |  |
| DOB: ▊/1982 | Agency ORI #: SC0210000 |  |  |  |

Prosecuting Agency:    Florence County Sheriff

Prosecuting Officer:    Christopher A Owens - S00292

Offense:    Impersonating / Impersonating law enforcement officer

Offense Code:    0088

Code/Ordinance Sec:    16-17-0720

This warrant is    CERTIFIED FOR SERVICE    in the

[ ] County/    [ ] Municipality of

The accused is to be arrested and brought before me to be dealt with according to the law.

(L.S.)

_____
Signature of Judge

Date: _____

**RETURN**

A copy of this arrest warrant was delivered to defendant on

Barnett, Daniel

2/11/2021

_____
Signature of Constable/Law Enforcement Officer

**RETURN WARRANT TO:**

General Sessions Court
181 North Irby Street, Suite 1100
Florence, SC 29501

---

**STATE OF SOUTH CAROLINA**

[X] County/    [ ] Municipality of

Florence

**AFFIDAVIT**

**ORIGINAL**

Form Approved by
S.C. Attorney General
April 21, 2003
SCCA 518

Personally appeared before me the affiant being duly sworn deposes and says that defendant    **Christopher A Owens**

**Daniel Wayne Barnett**

did within this county and state on or about    10/31/2020    violate the criminal laws of the

State of South Carolina (or ordinance of    [X] County/    [ ] Municipality of    Florence    )

in the following particulars:

**DESCRIPTION OF OFFENSE:**    Impersonating / Impersonating law enforcement officer

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts:

On or about 10-31-20, the defendant Daniel Wayne Barnett did falsely represent himself as a law enforcement officer and illegally detain the driver of a black in color SUV by activating blue lights which were attached to his personal vehicle. The defendant wore a law enforcement badge and visible handgun when he conducted the traffic stop. The defendant is not employed by any law enforcement agency. This incident occurred on Interstate 95 in Florence County and is recorded on video. FSCO Case #: 2021-02-0221

_____
Signature of Affiant

**STATE OF SOUTH CAROLINA**

[X] County/    [ ] Municipality of

Florence

Affiant's Address    6719 Friendfield Road
Effingham, SC 29541-5241

Affiant's Telephone    (843)665-2121

**ARREST WARRANT**

**TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:**

It appearing from the above affidavit that there are reasonable grounds to believe that

on or about    10/31/2020    defendant    **Daniel Wayne Barnett**

did violate the criminal laws of the State of South Carolina (or ordinance of

[X] County/    [ ] Municipality of    Florence    ) as set forth below:

**DESCRIPTION OF OFFENSE:**    Impersonating / Impersonating law enforcement officer

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable.

Sworn to and subscribed before me

on 2/11/2021

_____
Signature of Issuing Judge    (L.S.)

David Sharpe Kelley

Judge Code:    7374

Judge's Address    Post Office Box 362
Olanta, SC 29114-

Judge's Telephone    (843)396-9056

Issuing Court:    [X] Magistrate    [ ] Municipal    [ ] Circuit

**ORIGINAL**    **ORIGINAL**    **ORIGINAL**    **ORIGINAL**    **ORIGINAL**    **ORIGINAL**

WWPEM000050

## ARREST WARRANT

### 2021A2110500058

**STATE OF SOUTH CAROLINA**

[X] County/     [ ] Municipality of

Florence

THE STATE
against

Daniel Wayne Barnett

Address:    915 Rice Planters Ln

Florence, SC 29501-8588

| | | | | |
|---|---|---|---|---|
| Phone: | | | SSN: ▉-7879 | |
| Sex: M | Race: W | Height: 6 1 | Weight: | 195 |
| DL State: SC | DL #: 102434812 | | | |
| DOB: ▉1982 | Agency ORI #: SC0210000 | | | |

Prosecuting Agency:    Florence County Sheriff

Prosecuting Officer:    Christopher A Owens - S00292

Offense:    Weapons / Unlawful carrying of pistol

Offense Code:    0044

Code/Ordinance Sec:    16-23-0020

This warrant is    CERTIFIED FOR SERVICE    in the
[ ] County/    [ ] Municipality of    . The accused
is to be arrested and brought before me to be
dealt with according to the law.

_____    (L.S.)
Signature of Judge

Date: _____

RETURN

A copy of this arrest warrant was delivered to
defendant    Barnett, Daniel
on    2/11/2021

_____
Signature of Constable/Law Enforcement Officer

**RETURN WARRANT TO:**

General Sessions Court
181 North Irby Street, Suite 1100
Florence, SC 29501

**ORIGINAL**        **ORIGINAL**

---

**STATE OF SOUTH CAROLINA**    )
[X] County/    [ ] Municipality of    )
Florence    )

Personally appeared before me the affiant
being duly sworn deposes and says that defendant
did within this county and state on or about
State of South Carolina (or ordinance of
in the following particulars:

**AFFIDAVIT**

Christopher A Owens    who

Daniel Wayne Barnett

12/10/2020    violate the criminal laws of the
[X] County/    [ ] Municipality of    Florence    )

DESCRIPTION OF OFFENSE:    Weapons / Unlawful carrying of pistol

I further state that there is probable cause to believe that the defendant named above did commit
the crime set forth and that probable cause is based on the following facts:

On or about 12-10-20, the defendant Daniel Wayne Barnett did falsely represent himself as a law enforcement officer and illegally detain the driver of a blue in color pickup truck by activating blue lights which were attached to his personal vehicle. The defendant wore a law enforcement badge and visible handgun when he conducted the traffic stop. The defendant is not employed by any law enforcement agency. This incident occurred in the Johnsonville area of Florence County and is recorded on video. FSCD Case # 2021-02-0221

_____
Signature of Affiant

**STATE OF SOUTH CAROLINA**    )
[X] County/    [ ] Municipality of    )
Florence    )

Affiant's Address    6719 Friendfield Road
Effingham, SC 29541-5241

Affiant's Telephone    (843)665-2121

## ARREST WARRANT

**TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:**

It appearing from the above affidavit that there are reasonable grounds to believe that

on or about    12/10/2020    defendant    Daniel Wayne Barnett
did violate the criminal laws of the State of South Carolina (or ordinance of
[X] County/    [ ] Municipality of    Florence    ) as set forth below.

DESCRIPTION OF OFFENSE:    Weapons / Unlawful carrying of pistol

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable

Sworn to and subscribed before me
on    2/11/2021    )
_____    (L.S.)    )
Signature of Issuing Judge
David Sharpe Kelley
Judge Code:    7374

| | |
|---|---|
| Judge's Address | Post Office Box 362 |
| | Olanta, SC 29114- |
| Judge's Telephone | (843)396-9056 |
| Issuing Court: | [X] Magistrate [ ] Municipal [ ] Circuit |

Form Approved by
S.C. Attorney General
Apr 21, 2003
SCCA510

ORIGINAL

**ORIGINAL**        **ORIGINAL**        **ORIGINAL**

WWPEM000051

## ARREST WARRANT

### 2021A2110500059

**STATE OF SOUTH CAROLINA**

[X] County/    [ ] Municipality of

Florence

**THE STATE**
against

Daniel Wayne Barnett

Address:    915 Rice Planters Ln

Florence, SC 29501-8588

Phone:    SSN: ████-7879
Sex: M    Race: W    Height: 6 1    Weight: 195
DL State: SC    DL #: 102434812
DOB: ████1982    Agency ORI #: SC0210000
Prosecuting Agency: Florence County Sheriff
Prosecuting Officer: Christopher A Owens - S00292
Offense: Weapons / Unlawful carrying of pistol

Offense Code:    0044
Code/Ordinance Sec.    16-23-0020

This warrant is CERTIFIED FOR SERVICE in the
[ ] County/ [X] Municipality of _____ The accused
is to be arrested and brought before me to be
dealt with according to the law.

(L.S.)

Signature of Judge

Date:

### RETURN

A copy of this arrest warrant was delivered to
defendant    *Barnett, Daniel*
on    *2/11/2021*

*Cpl Sipp*
Signature of Constable/Law Enforcement Officer

**RETURN WARRANT TO:**

General Sessions Court
181 North Irby Street, Suite 1100
Florence, SC 29501

**ORIGINAL**    **ORIGINAL**

---

Form Approved by
S C Attorney General
April 21, 2003
SCCA 516

**STATE OF SOUTH CAROLINA**    )
[X] County/    [ ] Municipality of    )    **AFFIDAVIT**    **ORIGINAL**
)
Florence    )

Personally appeared before me the affiant    Christopher A Owens    who
being duly sworn deposes and says that defendant    Daniel Wayne Barnett
did within this county and state on or about    11/25/2020    violate the criminal laws of the
State of South Carolina (or ordinance of    [X] County/ [ ] Municipality of    Florence    )
in the following particulars:

**DESCRIPTION OF OFFENSE:**    Weapons / Unlawful carrying of pistol

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts:

On or about 11-25-20, the defendant Daniel Wayne Barnett did falsely represent himself as a law enforcement officer and illegally detain the driver of a gray in color car by activating blue lights which were attached to his personal vehicle. The defendant wore a law enforcement badge and visible handgun when he conducted the traffic stop. The defendant is not employed by any law enforcement agency. This incident occurred in the 900 block of Rice Planters Ln, Florence, SC, which is located in Florence County and is recorded on video. FSCO Case # 2021-02-0221

Signature of Affiant

**STATE OF SOUTH CAROLINA**    )
[X] County/    [ ] Municipality of    )    Affiant's Address    6719 Friendfield Road
)    Effingham, SC 29541-5241
Florence    )    Affiant's Telephone    (843)665-2121

### ARREST WARRANT

**TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:**

It appearing from the above affidavit that there are reasonable grounds to believe that

on or about    11/25/2020    defendant    Daniel Wayne Barnett
did violate the criminal laws of the State of South Carolina (or ordinance of
[X] County/ [ ] Municipality of    Florence    ) as set forth below.

**DESCRIPTION OF OFFENSE:**    Weapons / Unlawful carrying of pistol

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable.

Sworn to and subscribed before me    )
on    2/11/2021    )
    )    Judge's Address    Post Office Box 362
*David Sharpe Kelley*    (L.S.)    )    Olanta, SC 29114-
Signature of Issuing Judge    )
David Sharpe Kelley    )    Judge's Telephone    (843)396-9056
Judge Code:    7374    )    Issuing Court: [X] Magistrate  [ ] Municipal  [ ] Circuit

**ORIGINAL**    **ORIGINAL**    **ORIGINAL**    **ORIGINAL**    **ORIGINAL**

WWPEM000052

## ARREST WARRANT

### 2021A2110500060

**STATE OF SOUTH CAROLINA**

[X] County/    [ ] Municipality of

Florence

| THE STATE | 2021-02-0221 |
|---|---|
| against | |

Daniel Wayne Barnett

Address: 915 Rice Planters Ln

Florence, SC 29501-8588

Phone: _____ SSN: ████7879

Sex: M    Race: W    Height: 6 1    Weight: 195

DL State: SC    DL #: 102434812

DOB: ████1982    Agency ORI #: SC0210000

Prosecuting Agency: Florence County Sheriff

Prosecuting Officer: Christopher A Owens - S00292

Offense: Weapons / Unlawful carrying of pistol

Offense Code: 0044

Code/Ordinance Sec: 16-23-0020

This warrant is **CERTIFIED FOR SERVICE** in the

[ ] County/    [ ] Municipality of

_____. The accused

is to be arrested and brought before me to be dealt with according to the law.

(L.S.)

_____
Signature of Judge

Date: _____

**RETURN**

A copy of this arrest warrant was delivered to defendant

_Barnett, Daniel_

on 2/11/2021

_____
Signature of Constable/Law Enforcement Officer

**RETURN WARRANT TO:**

General Sessions Court
181 North Irby Street, Suite 1100
Florence, SC 29501

**ORIGINAL**    **ORIGINAL**

---

**STATE OF SOUTH CAROLINA**    )

[X] County/    [ ] Municipality of    )

)

Florence    )

Personally appeared before me the affiant being duly sworn deposes and says that defendant did within this county and state on or about 11/13/2020 State of South Carolina (or ordinance of [X] County/ [ ] Municipality of Florence in the following particulars:

**DESCRIPTION OF OFFENSE:**    Weapons / Unlawful carrying of pistol

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts:

On or about 11-13-20, the defendant Daniel Wayne Barnett did falsely represent himself as a law enforcement officer and illegally detain the driver of a red in color car by activating blue lights which were attached to his personal vehicle. The defendant wore a law enforcement badge and visible handgun when he conducted the traffic stop. The defendant is not employed by any law enforcement agency. This incident occurred on Interstate 95 near Hwy. 76 W which is located in Florence County and is recorded on video. FSCO Case # 2021-02-0221

_____
Signature of Affiant

**STATE OF SOUTH CAROLINA**    )

[X] County/    [ ] Municipality of    )

)

Florence    )

Affiant's Address: 6719 Friendfield Road
Effingham, SC 29541-5241

Affiant's Telephone: (843)665-2121

---

**AFFIDAVIT**

**ORIGINAL**

Form Approved by
S.C. Attorney General
April 21, 2003
SCCA 518

Personally appeared before me the affiant Christopher A Owens who

Daniel Wayne Barnett

11/13/2020

[X] County/ [ ] Municipality of Florence    violate the criminal laws of the

---

## ARREST WARRANT

**TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:**

It appearing from the above affidavit that there are reasonable grounds to believe that

on or about 11/13/2020    defendant    Daniel Wayne Barnett

did violate the criminal laws of the State of South Carolina (or ordinance of

[X] County/    [ ] Municipality of    Florence    ) as set forth below:

**DESCRIPTION OF OFFENSE:**    Weapons / Unlawful carrying of pistol

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable

Sworn to and subscribed before me

on 2/11/2021    )

)

_David Skelley_    (L.S.)    )
Signature of Issuing Judge

David Sharpe Kelley

Judge Code: 7374

Judge's Address: Post Office Box 362
Olanta, SC 29114-

Judge's Telephone: (843)396-9056

Issuing Court: [X] Magistrate    [ ] Municipal    [ ] Circuit

**ORIGINAL**    **ORIGINAL**    **ORIGINAL**

WWPEM000053

## ARREST WARRANT

# 2021A2110500061

### STATE OF SOUTH CAROLINA

[x] County/     [ ] Municipality of

Florence

| THE STATE | 2021-02-0221 |
|---|---|
| against | |

Daniel Wayne Barnett

Address: 915 Rice Planters Ln

Florence, SC 29501-8588

| Phone: | | SSN: ■■■-7879 |
|---|---|---|
| Sex: M | Race: W | Height: 6 1 | Weight: 195 |

| DL State: SC | DL #: 102434812 |
|---|---|
| DOB: ■■1982 | Agency ORI #: SC0210000 |

Prosecuting Agency: Florence County Sheriff

Prosecuting Officer: Christopher A Owens - S00292

Offense: Weapons / Unlawful carrying of pistol

Offense Code: 0044

Code/Ordinance Sec: 16-23-0020

This warrant is CERTIFIED FOR SERVICE in the [ ] County/ [ ] Municipality of _____ . The accused is to be arrested and brought before me to be dealt with according to the law.

(L.S.)

RETURN

A copy of this arrest warrant was delivered to defendant

on

Barnett, Daniel

2/11/2021

Cpl Sipp

Signature of Constable/Law Enforcement Officer

RETURN WARRANT TO:

General Sessions Court
181 North Irby Street, Suite 1100
Florence, SC 29501

---

STATE OF SOUTH CAROLINA
[x] County/     [ ] Municipality of
Florence

**AFFIDAVIT**

ORIGINAL

Form Approved by
S.C. Attorney General
April 21, 2003
SCCA 518

Personally appeared before me the affiant Christopher A Owens who being duly sworn deposes and says that defendant Daniel Wayne Barnett did within this county and state on or about 11/13/2020 [x] County/ [ ] Municipality of Florence violate the criminal laws of the State of South Carolina (or ordinance of _____ ) in the following particulars:

DESCRIPTION OF OFFENSE: Weapons / Unlawful carrying of pistol

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts:

On or about 10-31-20, the defendant Daniel Wayne Barnett did falsely represent himself as a law enforcement officer and illegally detain the driver of a black in color SUV by activating blue lights which were attached to his personal vehicle. The defendant wore a law enforcement badge and visible handgun when he conducted the traffic stop. The defendant is not employed by any law enforcement agency. This incident occurred on Interstate 95 in Florence County and is recorded on video. ESCO Case # 2021-02-0221

Signature of Affiant

STATE OF SOUTH CAROLINA
[x] County/     [ ] Municipality of
Florence

| Affiant's Address | 6719 Friendfield Road |
|---|---|
| | Effingham, SC 29541-5241 |
| Affiant's Telephone | (843)665-2121 |

**ARREST WARRANT**

TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:

It appearing from the above affidavit that there are reasonable grounds to believe that on or about 11/13/2020 defendant Daniel Wayne Barnett did violate the criminal laws of the State of South Carolina (or ordinance of [x] County/ [ ] Municipality of Florence ) as set forth below:

DESCRIPTION OF OFFENSE: Weapons / Unlawful carrying of pistol

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable.

Sworn to and subscribed before me on 2/11/2021

Signature of Issuing Judge     (L.S.)

David Sharpe Kelley

Judge Code: 7374

| Judge's Address | Post Office Box 362 |
|---|---|
| | Olanta, SC 29114- |
| Judge's Telephone | (843)396-9056 |

Issuing Court: [x] Magistrate [ ] Municipal [ ] Circuit

ORIGINAL     ORIGINAL     ORIGINAL     ORIGINAL     ORIGINAL     ORIGINAL

WWPEM000054