# STATE OF SOUTH CAROLINA

County of Florence



## SEARCH WARRANT

Date:        2/11/2021

Officer:     Investigator Chris Owens

STATE OF SOUTH CAROLINA                }

COUNTY OF FLORENCE                      }

AFFIDAVIT

Personally appeared before me, one <u>Investigator Chris Owens,</u> being duly sworn, says that there is probable cause to believe that certain property subject to seizure under provisions of Section 17-13-140, 1976 Code of Laws of South Carolina, as amended, is located on the following premises in this County:

## DESCRIPTION OF PROPERTY SOUGHT

<u>Clothing, equipment, badges, symbols, photographs, images, digital or otherwise, other indicia of law enforcement authority or activity contained on any electronic medium, including but not limited to computers, cellular telephones, thumb drives, sim cards or any other electronic storage device upon which digital images can be stored, video images of traffic stops or other law enforcement operations or activity, any black in color semi-automatic handguns and holsters, any vehicles located or present on the premises to include blue lights, vehicle mounted video cameras, sirens or other police vehicle related equipment.</u>

## DESCRIPTION OF PREMISES (PERSON, PLACE, OR THING) TO BE SEARCHED

<u>915 Rice Planters Lane</u>
<u>Florence, SC 29501, including the residence, curtilage and vehicles located thereon.</u>

## REASON FOR AFFIANT'S BELIEF THAT THE PROPERTY SOUGHT IS ON THE SUBJECT PREMISES

<u>On or about February 9, 2021, affiant received credible and reliable information from a witness that Daniel Wayne Barnett was impersonating a law enforcement officer on several occassions by conducting traffic stops and illegal detainments of unaware citizens in Florence County. The witness provided video evidence of the crimes and gave testimony that Barnett was recording the encounters on his in-car surveillance camera and saving the videos to electronic devices inside of his home. The witness also stated that items used in the commission of the impersonations were located on the premises as well.</u>

Sworn to and Subscribed before me

This __11th__ day of __February__, 20 __21__ __at 10:11a__ }

___David S Kelley___
Signature of Judge

___Affiant___

Address __6719 Friendfield Road__          .

_____ Effingham, South Carolina 29541

Phone __( 843 ) 665-2121 ext.375__          .

## STATE OF SOUTH CAROLINA

### COUNTY OF FLORENCE

}

### SEARCH WARRANT

TO ANY BONDED LAW ENFORCEMENT OFFICER OF THIS STATE OR COUNTY OR OF THE MUNICIPALITY OF FLORENCE :

It appearing from the attached affidavit that there are reasonable grounds to believe that certain property subject to seizure under provisions of Section 17-13-140, 1976 Code of Laws of South Carolina, as amended, is located on the following premises:

## DESCRIPTION OF PREMISES (PERSON, PLACE, OR THING)
## TO BE SEARCHED

915 Rice Planters Lane
Florence, SC 29501, including the residence, curtilage and vehicles located thereon.

Now, therefore, you are hereby authorized to search the subject premises for the property described below, and to seize such property if found:

## DESCRIPTION OF PROPERTY

Clothing, equipment, badges, symbols, photographs, images, digital or otherwise, other indicia of law enforcement authority or activity contained on any electronic medium, including but not limited to computers, cellular telephones, thumb drives, sim cards or any other electronic storage device upon which digital images can be stored, video images of traffic stops or other law enforcement operations or activity, any black in color semi-automatic handguns and holsters, any vehicles located or present on the premises to include blue lights, vehicle mounted video cameras, sirens or other police vehicle related equipment.

This Search warrant shall not be valid for more than ten days from the date of issuance.

A written inventory of all property seized pursuant to this Search Warrant shall be made to

_Judge David S. Kelley_

Within ten days from the date of this warrant, such inventory to be signed by the officer executing this warrant, and a copy of such inventory shall be furnished to the person whose premises are searched if demand for such copy is made.

A copy of this Search Warrant shall be delivered to the person in charge of the premises searched at the time of such search if practicable, and, if not, to such person as soon thereafter as is practicable; in the event the identity of the person in charge is not known or if such person cannot be found after reasonable diligence in attempting to locate the person, a copy shall be attached to a prominent place on such premises.

_Florence County_ , S.C.

_February 11_ , 20 _21_     _David Kelley_ ( L.S. )
10:15 pm     Signature of Judge

**RETURN**

I received the attached Search Warrant _____2-11_____ , 20 _21_ , and have executed it as follows:

On _____2-11_____ , 20 _21_ at _____3:30_____ o'clock _P_ M, I searched (the person) described in the warrant and (the premises)

I left a copy of the warrant with _____house_____

Name of person searched or "at the place of search" with.
Together with a receipt for the items seized.

The following is an inventory of property taken pursuant to the warrant:

(5) Dark Gray uniform shirts labeled Darlington County Sheriff's Office (DCSO)

(2) light gray uniform shirts labeled Darlington County Sheriff's Office (DCSO)

(3) black long sleeve DCSO t-shirts

(2) black DCSO coats

(1) black jacket labeled Lamar Police Department (LPD)

(3) black long sleeve LPD shirts

(1) Black Lamar PD polo shirt

(1) gray Lamar PD polo shirt

(2) Lamar PD uniform shirts black in color

(2) Lamar PD uniform shirts green in color

(2) black in color Bishopville Police Dept polo shirts

(1) Fort Campbell PD polo shirt

(1) black in color shirt labeled "Agent"

(1) black outer carrier DCSO vest

This inventory was made in the presence of ___INV. Chris Owens___

AND ___Inv. Chase McCall___

I swear that this Inventory is a true and detailed account of all the property taken by me on the warrant.

SWORN to before me this **25th** **3:20pm**

day of __February__ , 20 **21** .

___Dand Skelley___ (L.S.)

Signature of Judge

_____
(Signature of Officer Executing Warrant)

**RETURN**

I received the attached Search Warrant _____2-11_____, 20 21 , and have executed it as follows:

On _____2-11_____, 20 21 at ___3:30___ o'clock P M, I searched (the person) described in the warrant and (the premises)

I left a copy of the warrant with _____house_____
Name of person searched or "at the place of search" with.
Together with a receipt for the items seized.

The following is an inventory of property taken pursuant to the warrant:
(1) gun belt with holster and rifle magazine with live rounds
(2) DCSO business cards
(1) Glock 40 mm magazine with live rounds
(1) pair of handcuffs labeled "DCSO Booking"
(1) handcuff key
(1) Vista Watchguard box
(1) SC license tag "AQY728"
(1) SC license tag "BMB335"
(2) Lamar PD clothing badges
(1) black inner vest carrier labeled "Police" and "Agent"
(1) notebook containing license plates information
(1) small LED light
(1) black flash control box
(2) Whelen steady blue super LED lights

This inventory was made in the presence of _Inv. Chris Owens_
AND _Inv. Chase McDaniel_

I swear that this Inventory is a true and detailed account of all the property taken by me on the warrant.

SWORN to before me this _25th_ _3:20pm_

day of _February_, 20 21

_David Skeen_ (L.S.)
Signature of Judge

_____
(Signature of Officer Executing Warrant)

# RETURN CONTINUED...

(1) DW hard drive model DW-VA0NE8

(1) Wisenet DVR

(1) gray in color HP laptop

(1) macbook pro

(1) STL 4 Switch box

(1) gray in color HP laptop labeled "Sheepdog"

(1) X26 Taser SN X00-214039

(4) black in color DCSO hats

(2) DCSO patches

(1) Bell County Sheriff's Office patch

(1) Western Digital hard drive SN /WX81D147LCL1N

(1) Toshiba hard drive SN 43A6SAELSRE8

(1) Iphone S mode A1633

(1) Seagate hard drive SN NABDYT89

(1) 8 gb thumb drive "DANE-Elec"

(1) 4 gb micro sd card

(1) PNY micro SD adapter

(6) neon flash cards with personal information

(1) notebook containing personal information

(1) Lamar police badge labeled "408"

(1) Deputy sheriff patch

(1) radar unit (Kustoms) SN DE32981

(1) remote siren box    SN N283060

(2) large LED light bars

(8) small LED light s

(1) Uniform traffic citation book

(1) L3 in car camera with display screen

(1) warning summons book

(1) radar box

(1) Stalker radar box SN DC102495

(1) Whelen siren

(1) black outer vest carrier labeled "SIRT" and "Sheriff"

(1) Whelen remote control

(1) Whelen double LED light

(1) black container labeled "SIRT DCSO"

(1) Sheriff checkpoint sign

(1) Tint meter enforcer

(1) DCSO beanie cap

(1) Motorola shoulder mic

(1) unspent 21 ft Taser cartridge

(1) satchel containing DCSO paperwork

# STATE OF SOUTH CAROLINA

County of Florence

_____

## SEARCH WARRANT

Date:        2/15/2021

Officer:     Investigator Chris Owens

_____
_____

**STATE OF SOUTH CAROLINA**

**COUNTY OF FLORENCE**        }        **AFFIDAVIT**

Personally appeared before me, one <u>Investigator Chris Owens,</u> being duly sworn, says that there is probable cause to believe that certain property subject to seizure under provisions of Section 17-13-140, 1976 Code of Laws of South Carolina, as amended, is located on the following premises in this County:

## DESCRIPTION OF PROPERTY SOUGHT

<u>Clothing, equipment, badges, symbols, photographs, images, digital or otherwise, other indicia of law enforcement authority or activity contained on any electronic medium, including but not limited to computers, cellular telephones, thumb drives, sim cards or any other electronic storage device upon which digital images can be stored, video images of traffic stops or other law enforcement operations or activity, any black in color semi-automatic handguns and holsters, any blue lights, vehicle mounted video cameras, or other police vehicle related equipment.</u>

## DESCRIPTION OF PREMISES (PERSON, PLACE, OR THING) TO BE SEARCHED

<u>White in color 2017 Chevrolet Tahoe bearing SC license tag PCZ334 and VIN: 1GNSCBKC4HR376038 located at the FCSO impound lot at 6719 Friendfield Rd, Effingham, SC 29541.</u>

## REASON FOR AFFIANT'S BELIEF THAT THE PROPERTY SOUGHT IS ON THE SUBJECT PREMISES

<u>On or about February 9, 2021, affiant received credible and reliable information from a witness that Daniel Wayne Barnett was illegally detaining individuals by activating blue lights in his personal car to pull them over in Florence county. Barnett has no authority to perform police activities in the county of Florence nor any smaller jurisdictions located within. The witness provided video evidence of the crimes and gave testimony that Barnett was recording the encounters on his in-car surveillance camera.</u>

Sworn to and Subscribed before me

This ___15th___ day of _February_, 20 _21_

_Frank White_
Signature of Judge

} 

_____
Affiant

Address ___6719 Friendfield Road___ .

_____ Effingham, South Carolina 29541

Phone ___( 843 ) 665-2121 ext.375___ .

**STATE OF SOUTH CAROLINA**

**COUNTY OF FLORENCE**

}

**SEARCH WARRANT**

TO ANY BONDED LAW ENFORCEMENT OFFICER OF THIS STATE OR COUNTY OR OF THE MUNICIPALITY OF FLORENCE :

It appearing from the attached affidavit that there are reasonable grounds to believe that certain property subject to seizure under provisions of Section 17-13-140, 1976 Code of Laws of South Carolina, as amended, is located on the following premises:

### DESCRIPTION OF PREMISES (PERSON, PLACE, OR THING) TO BE SEARCHED

White in color 2017 Chevrolet Tahoe bearing SC license tag PCZ334 and VIN: 1GNSCBKC4HR376038 located at the FCSO impound lot at 6719 Friendfield Rd, Effingham, SC 29541

Now, therefore, you are hereby authorized to search the subject premises for the property described below, and to seize such property if found:

### DESCRIPTION OF PROPERTY

Clothing, equipment, badges, symbols, photographs, images, digital or otherwise, other indicia of law enforcement authority or activity contained on any electronic medium, including but not limited to computers, cellular telephones, thumb drives, sim cards or any other electronic storage device upon which digital images can be stored, video images of traffic stops or other law enforcement operations or activity, any black in color semi-automatic handguns and holsters, any blue lights, vehicle mounted video cameras, or other police vehicle related equipment.

This Search warrant shall not be valid for more than ten days from the date of issuance.

A written inventory of all property seized pursuant to this Search Warrant shall be made to

_____

Within ten days from the date of this warrant, such inventory to be signed by the officer executing this warrant, and a copy of such inventory shall be furnished to the person whose premises are searched if demand for such copy is made.

A copy of this Search Warrant shall be delivered to the person in charge of the premises searched at the time of such search if practicable, and, if not, to such person as soon thereafter as is practicable; in the event the identity of the person in charge is not known or if such person cannot be found after reasonable diligence in attempting to locate the person, a copy shall be attached to a prominent place on such premises.

_____Florence_____ , S.C.

_____February 15,_____ , 20 21    _____Frank White_____ ( L.S. )
                                        Signature of Judge

RFP - 00760

## RETURN

I received the attached Search Warrant ___2-15___, 20_21_, and have executed it as follows:

On ___2-15___, 20 _21_ at ___2:30___ o'clock _P_ M, I searched (the person) described in the warrant and (the premises)

I left a copy of the warrant with ___Car___
Name of person searched or "at the place of search" with.
Together with a receipt for the items seized.

The following is an inventory of property taken pursuant to the warrant:

(1) Iphone in a green/black case
(1) LG Tracfone SN 006VTQS0408332
(1) Glock 43   SN BKLG896
(1) Glock magazine with 9 live rounds (9 mm)
(1) Glock magazine with 13 live rounds (40 mm)
(1) iHome data box
(1) Cobra in-car camera with 32 gb sim card
(1) CC308+ surveillance detector
(1) metal case with DCSO business cards
(2) LED light bars
(1) purple in color IPAD

This inventory was made in the presence of ___INV. Chris Owens___

AND ___INV. Chase McDaniel___

I swear that this Inventory is a true and detailed account of all the property taken by me on the warrant.

SWORN to before me this_____

day of_____, 20 _____

_____ (L.S.)
Signature of Judge

_____
(Signature of Officer Executing Warrant)