

# FLORENCE COUNTY SHERIFF'S OFFICE

# WARRANT SERVICE RISK ASSESSMENT

THE FOLLOWING ITEMS MUST ACCOMPANY THE RISK MATRIX:

1. Copies of the search warrant (including description of the location)
2. Copies of the arrest warrant (including recent photograph(s) of subject)
3. Criminal history of the subject(s) known to live/reside at the target location
4. Photograph of the target location
   (Google Earth photos are acceptable but location must be clearly marked)

**All** search warrants for an "occupied" dwelling **MUST** have a "Risk Assessment" completed prior to service of the warrant unless exigent circumstances exist for immediate service. Any pre-planned operation involving a felony arrest warrant **MUST** have a "Risk Assessment" completed prior to warrant service IF POSSIBLE. Copies of ALL completed "Risk Assessments" **SHALL** be given to and reviewed by the SWAT Commander or his designee within 24 hours of warrant service. ALL "Risk Assessments" must have the information above attached.

Risk assessment is based on circumstances stated in the affidavit for the warrant, criminal history of the suspects and targeted location, the details learned during the target scout, and any intelligence gained from definitive information gathered during the course of the investigation.

To conduct the risk assessment, gather the source documents together and place a checkmark in the blocks that apply. Place the numerical score for the checked blocks in the box under the score column and total the points. Compare the score to the table at the the bottom of the matrix to determine actions taken for service.

# WARRANT SERVICE
# RISK ASSESSMENT MATRIX

| | POINTS | ✓ | SCORE |
|---|---|---|---|
| **SEARCH WARRANT FACTS** | | | |
| Search Warrant is for evidence of narcotic violations | 1 | | |
| Search Warrant is for evidence of crime against persons | 1 | ✓ | I |
| Search Warrant is for property crimes | 1 | | |
| Search Warrant is for suspect of aggravated felony | 5 | | |
| **ARREST WARRANT FACTS** | | | |
| Arrest Warrant is for narcotic violations | 1 | | |
| Arrest Warrant is for property crimes | 1 | | |
| Arrest Warrant is for crime against persons | 3 | ✓ | 3 |
| Arrest Warrant is for Aggravated Felony | 5 | | |
| **SUSPECT FACTS** | | | |
| Suspect(s) have made statements indicating resistance to service | 3 | | |
| Suspect(s) have a history of aggravated crimes | 3 | | |
| Suspect(s) have a history of aggravated crimes against law enforcement | 5 | | |
| Suspect(s) have used firearms in the commission of crimes | 5 | ✓ | 5 |
| Suspect(s) is a known gang member/political extremist/religious extremist | 5 | | |
| Suspect(s) is known to suffer from mental illness/suicidal tendencies | 10 | | |
| *(if known to be off prescribed medication double point value)* | 20 | | |
| Suspect(s) has prior military/law enforcement experience | 10 | ✓ | 10 |
| **WEAPONS FACTS (check 1 most applicable)** | | | |
| Firearms are present at the target location | 5 | ✓ | 5 |
| Firearms are readily available to suspect(s) at the target location | 8 | ✓ | 8 |
| Suspect(s) are known to carry or display firearms at target location | 10 | ✓ | 10 |
| Suspect(s) are always armed | 15 | ✓ | 15 |
| **FACTS FOR EXECUTION OF WARRANT** | | | |
| Search warrant is knock and announce | 1 | | |
| Target location is fortified (anything above standard locks) | 15 | | |
| Search Warrant is a NO-KNOCK warrant | 15 | | |
| **LOCATION FACTS** | | | |
| Vicious dogs on property | 5 | | |
| Insufficient lighting | 1 | | |
| Public housing area | 1 | | |
| Hostile neighborhood | 3 | | |
| Church/School close by (within 1/2 mile) IN SESSION | 1 | | |
| Children present at the location | 3 | | |
| Counter surveillance | 5 | ✓ | 5 |
| Armed counter surveillance | 10 | | |
| Video and/or Audio surveillance | 10 | ✓ | 10 |
| | | TOTAL | 72 |

**1 - 15 points** - Service of warrant may be done by any class 1 officer

**16 - 24 points** - SWAT Team Commander and unit supervisor will consult to determine who will serve the warrant. Division Captain may request SWAT or SRT to serve the warrant.

**25 - 34 points** - Service of warrant is assigned to SRT

**35+ points** - Service of warrant is assigned to SWAT