<u>Affidavit of Christopher Owens</u>

EXHIBIT I
Siren Audio Video
(flash drive mailed to Judge Rogers and
Plaintiff's counsel)