UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Daniel Barnett, | ) | |
| | ) | C/A No.: 4:23-cv-00294-JD-TER |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **AFFIDAVIT OF T.J. JOYE** |
| | ) | |
| Florence County, South Carolina, Florence | ) | |
| County Sheriff's Office, Florence County | ) | |
| Detention Center, Florence County Sheriff T.J. | ) | |
| Joye, Anderson Beane, Scott Brown, Darrin | ) | |
| Yarborough, Christopher Owens, Chase | ) | |
| McDaniel, & Ben Price, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Personally appeared before me, T.J. Joye, who being duly sworn, deposes and states as follows:

1.      That I am above the age of eighteen (18) and am competent to declare the facts stated herein.

2.      That I was sworn in as Sheriff for the Florence County Sheriff's Office on January 4, 2021 and have remained in that position since that time.

3.      That, on or about February 9, 2021, I was notified by Captain Scott Brown that a complaint was made to our office regarding Daniel Barnett conducting traffic stops in his personal vehicle in Florence County. The complainant informed our office that Mr. Barnett was not a law enforcement officer but was impersonating a law enforcement officer.

4.      That I called Darlington County Sheriff James Hudson to determine if Mr. Barnett was a law enforcement officer in Darlington County. Sheriff Hudson confirmed that Mr. Barnett was not employed at the Darlington County Sheriff's Office.

1

5.      That I called former Darlington County Sheriff Tony Chavis who informed me that Mr. Barnett was at one time a reserve deputy for Darlington County Sheriff's Office but former Sheriff Chavis had "gotten rid of him a while back."

6.      That I called Lamar Police Chief Carl Scott who informed me that he was interviewing Mr. Barnett for an officer position but Mr. Barnett was not an officer for the Lamar Police Department.

7.      That I did not speak with anyone who verified that Mr. Barnett was a law enforcement officer, and I informed Captain Brown of my findings.

8.      That, to date, I am not aware that Mr. Barnett ever had authority to act as a law enforcement officer in Florence County.

FURTHER THE AFFIANT SAYETH NOT.

_____
T.J. Joye

SWORN to and subscribed before me
this ___17th__ day of __July__, 2025.

_____
Notary Public for the State of South Carolina

My Commission Expires: _07/12/2025_

2