# EXHIBIT 4
## Video-Traffic Stop ('TS') in front of Plaintiff's House
## (flash drive mailed to Judge Rogers and Plaintiff's counsel)