## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | | |
|---|---|---|
| Daniel Barnett, | ) | |
| | ) | C/A No.: 4:23-cv-00294-JD-TER |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **AFFIDAVIT OF MICHAEL M. NUNN** |
| | ) | |
| Florence County, South Carolina, Florence | ) | |
| County Sheriff's Office, Florence County | ) | |
| Detention Center, Florence County Sheriff T.J. | ) | |
| Joye, Anderson Beane, Scott Brown, Darrin | ) | |
| Yarborough, Christopher Owens, Chase | ) | |
| McDaniel, & Ben Price, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Personally appeared before me, Michael M. Nunn, who being duly sworn, deposes and states as follows:

1.    That I am above the age of eighteen (18) and am competent to declare the facts stated herein.

2.    That I am aware of this lawsuit and the claims asserted by Daniel Barnett.

3.    That, at all times relevant to the claims asserted by Daniel Barnett, I have been employed at the Florence County Sheriff's Office and currently serve as a Major and FCSO's General Counsel.

4.    That the Florence County Sheriff's Office maintains a Mutual Aid Agreement with the Darlington County Sheriff's Office. The Mutual Aid Agreement that was in effect at all relevant times in this case is attached hereto as Exhibit A.

1

5.      That I assisted in drafting the Mutual Aid Agreement, and this Mutual Aid Agreement is substantially the same as that which is used by Sheriff's Offices across South Carolina.

6.      That the Mutual Aid Agreement closely resembles and is in compliance with the provisions of Title 23, Chapter 20 of the South Carolina Code of Laws.

7.      That, pursuant to the Mutual Aid Agreement, Darlington County deputies may only act as law enforcement officers in Florence County if specifically requested by the Florence County Sheriff.

8.      That the Mutual Aid Agreement did not provide Mr. Barnett with the authority to conduct the traffic stops at issue in Florence County.

FURTHER THE AFFIANT SAYETH NOT.

_____
Michael M. Nunn

SWORN to and subscribed before me
this ___17___ day of July, 2025.

_____
Notary Public for the State of South Carolina

My Commission Expires: March 10, 2033

2