**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| Daniel Barnett, | ) | |
| | ) | C/A No.: 4:23-cv-00294-JD-TER |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **AFFIDAVIT OF WILLIAM C. BARNES,** |
| | ) | |
| Florence County, South Carolina, Florence | ) | |
| County Sheriff's Office, Florence County | ) | |
| Detention Center, Florence County Sheriff T.J. | ) | |
| Joye, Anderson Beane, Scott Brown, Darrin | ) | |
| Yarborough, Christopher Owens, Chase | ) | |
| McDaniel, & Ben Price, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Personally appeared before me, William C. Barnes, Jr., who being duly sworn, deposes and states as follows:

1.      That I am above the age of eighteen (18) and am competent to declare the facts stated herein.

2.      That I am aware of this lawsuit and the claims asserted by Daniel Barnett.

3.      That I served as the interim Sheriff for the Florence County Sheriff's Office from 2019 to 2021.

4.      That, during my time as interim Sheriff, I never requested the assistance of Daniel Barnett in a law enforcement capacity or otherwise and never authorized him to act as a law enforcement officer in Florence County.

FURTHER THE AFFIANT SAYETH NOT.

*Signature on following page.*

1

William C. Barnes

SWORN to and subscribed before me
this _21_ day of _July_, 2025.

Notary Public for the State of South Carolina

My Commission Expires: March 10, 2033

2