# Training History Report
SC Criminal Justice Academy

Reported by Acadis® Readiness Suite     05/08/2024

For:  **McDaniel, Chase Donshea**
Academy ID  **9923-4496**

## McDaniel, Chase Donshea

| | | |
|---|---|---|
| **Person Status** Active | **DOB** ▮/1983 | **EEOC** ▮ |
| **SSN** ▮ | **Gender** ▮ | |

### Employment

| Organization | Active Dates | Most Recent Title/Rank | Employment Type | Appointment Type | Current Status |
|---|---|---|---|---|---|
| Florence Co. Sheriff's Office (Primary) | 01/28/2017 - Current | Officer | Class 1 LEO | | Active |
| Darlington Co. Sheriff's Office | 10/26/2009 - 01/30/2017 | Officer | Class 1 LEO | | Inactive |
| Florence Co. Sheriff's Office | 06/21/2004 - 06/24/2009 | Officer | Class 1 LEO | | Inactive |

### Certifications

| Name | Issued | Expiration | Status |
|---|---|---|---|
| Class 1 Law Enforcement Officer | 10/08/2010 | 10/08/2025 | Active (Active) |

### Training

**Upcoming, Ongoing, & Unconfirmed**

| Course/Title (Course No.) | Training Dates | | Grade | Status | Training Category | Hours |
|---|---|---|---|---|---|---|
| Line-Up - LineUp 2024 May-June | 04/19/2024 | | | Assigned | | 1h 0m |
| | | | | | **Total Hours** | **(1h 0m)** |

**Current Period to Date  (01/01/2024 - 05/08/2024)**

| Course/Title (Course No.) | Training Dates | | Grade | Status | Training Category | Hours |
|---|---|---|---|---|---|---|
| Line-Up - LineUp 2024 March-April | 04/10/2024 | 04/10/2024 | | Completed | Mandatory Training | 1h 0m |
| Legal Update - Legal Update 2024 - Part 1 | 01/31/2024 | 01/31/2024 | | Completed | Mandatory Training | 1h 45m |
| | | | | | **Total Hours** | **(2h 45m)** |

**Previous Period  (01/01/2023 - 12/31/2023)**

| Course/Title (Course No.) | Training Dates | | Grade | Status | Training Category | Hours |
|---|---|---|---|---|---|---|
| CDV - Annual - DV 2023 - After the Call | 12/15/2023 | 12/15/2023 | | Completed | Mandatory Training | 1h 0m |
| Legal Update - Legal Update 2023 - Part 2 | 12/15/2023 | 12/15/2023 | | Completed | Mandatory Training | 1h 15m |
| Line-Up - LineUp 2023 November-December | 12/15/2023 | 12/15/2023 | | Completed | Mandatory Training | 1h 0m |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Daniel Barnett, | ) | C/A No. 4:23-cv-00294-JD-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CERTIFICATION OF RECORDS** |
| v. | ) | |
| | ) | |
| Florence County, South Carolina, | ) | |
| Florence County Sheriff's Office, | ) | |
| Florence County Detention Center, | ) | |
| Florence County Sheriff T. J. Joye, | ) | |
| Anderson Beane, Scott Brown, Darrin | ) | |
| Yarbourough, Christopher Owens, Chase | ) | |
| McDaniel, & Ben Price, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PERSONALLY APPEARED before me, the undersigned, Madison Reynolds,

who being first duly sworn and deposes and sayeth the following:

1. That I am a records custodian for the South Carolina Criminal Justice Academy.

2. That the attached records for Chase Donshea McDaniel are true and correct copies of records made and maintained in the ordinary course of business.

3. That the attached records were made at or near the time of the event(s) described in the documents or from information given by a person with knowledge of the event(s).

_Madison Reynolds_
Signature of Records Custodian

SWORN TO AND SUBSCRIBED
Before me this 15 day of may, 2024.

Francine Grace Salerno
PRINT NAME

_Francine Grace Salerno_
NOTARY PUBLIC FOR SOUTH CAROLINA
MY COMMISSION EXPIRES: 3|22|33

FRANCINE GRACE SALERNO
Notary Public
State of . . . lina
My Commission E . . . h 22, 2033