UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Daniel Barnett, | ) | |
| | ) | C/A No.: 4:23-cv-00294-JD-TER |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **AFFIDAVIT OF ANDERSON BEANE** |
| | ) | |
| Florence County, South Carolina, Florence | ) | |
| County Sheriff's Office, Florence County | ) | |
| Detention Center, Florence County Sheriff T.J. | ) | |
| Joye, Anderson Beane, Scott Brown, Darrin | ) | |
| Yarborough, Christopher Owens, Chase | ) | |
| McDaniel, & Ben Price, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Personally appeared before me, Anderson Beane, who being duly sworn, deposes and states as follows:

1.      I am above the age of eighteen (18) and am competent to declare the facts stated herein.

2.      At all times relevant to the claims asserted by Daniel Barnett, I was a Sargeant for the Florence County Sheriff's Office. I have been in law enforcement for almost 30 years and have been employed by FCSO since 2005. In my law enforcement career, I have never had any disciplinary actions against me.

3.      On February 11, 2021, I assisted in the service of arrest warrants on Daniel Barnett for four counts of impersonating a law enforcement officer and four counts of unlawful carrying of a handgun as a member of FCSO's SWAT team. The SWAT team was required by FCSO policy to serve the warrants due to the high Warrant Service Risk Assessment score pertaining to this case.

1

4.      I observed as the traffic stop was initiated on Mr. Barnett's white Chevy Tahoe. Neither I nor any other member of the SWAT team got within 30 yards of Mr. Barnett at the time of his arrest. I did not approach Mr. Barnett's vehicle at the initiation of the traffic stop and I did not arrest him. At no time during the traffic stop did I speak or make any physical contact with Mr. Barnett. I observed that law enforcement's weapons were drawn for 30 seconds or less. At the time of Mr. Barnett's arrest, I had no knowledge as to whether he was a law enforcement officer.

5.      Once Mr. Barnett was secured in handcuffs, I traveled to his residence to assist with the service of a search warrant. I assisted in the search of Mr. Barnett's residence because I was working investigations at the time of this incident. During the search, I collected only evidence related to the charges against Mr. Barnett.

6.      I was not involved in applying for or otherwise obtaining the arrest warrants or search warrants in this case. I did not complete any paperwork or participate in any of the preparation steps leading up to the execution of the warrants.

7.      I did not participate in any searches of Mr. Barnett's vehicle or his cell phone and I did not view or share any cell phone data related to Mr. Barnett.

8.      Prior to this incident, I was not aware of any allegations that Mr. Barnett was involved in any investigations of myself or Mark Fuleihan.

9.      The actions that I took during this incident were in accordance with my training from the South Carolina Criminal Justice Academy as well as FCSO's policies and procedures.

FURTHER THE AFFIANT SAYETH NOT.

*Signature on following page.*

2

_____
Anderson Beane

SWORN to and subscribed before me
this ___24th___ day of ___July___, 2025.

_____
Notary Public for the State of South Carolina
My Commission Expires: 4/18/2027

3