AO 450 (SCD 11/2011)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

|  |  |
|---|---|
| DANIEL BARNETT,<br>*Plaintiff*<br>v.<br>FLORENCE COUNTY, SOUTH .  CAROLINA,  )<br>FLORENCE COUNTY  SHERIFF'S OFFICE,  )<br>FLORENCE  COUNTY DETENTION CENTER,  )<br>FLORENCE COUNTY SHERIFF TJ   JOYE,  )<br>ANDERSON BEANE, SCOTT  BROWN, DARRIN  )<br>YARBOROUGH,  CHRISTOPHER OWENS,<br>CHASE  McDANIEL, and BEN PRICE,<br>*Defendants* | Civil Action No.     4:23-cv-00294-JD |

## SUMMARY  JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum,
along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____ .

■   other: Summary Judgment is granted as to the Defendants as to Plaintiff's federal claims brought pursuant
to 42 U.S.C. § 1983 and the Computer Fraud and Abuse Act, 18 U.S.C. § 1030. The Court declines to exercise
supplemental jurisdiction over Plaintiff's remaining state-law causes of action pursuant to 28 U.S.C. §
1367(c)(3). Those claims are REMANDED to the Florence County Court of Common Pleas.

This action was *(check one)*:

❒ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Joseph Dawson III, United States District Judge, who has adopted the Report and
Recommendation of the U.S. Magistrate Judge, Thomas E Rogers III.

Date:   March 17, 2026                                    *ROBIN L. BLUME, CLERK OF COURT*


                                                         s/ Sharon Welch-Meyer
                                                    _____
                                                         *Signature of Deputy Clerk*